

**United States Department of Justice**
*United States Marshals Service*
*District of Alaska*

Federal Building and U.S. Courthouse
222 West 7th Avenue  #28,  Room 170
Anchorage, Alaska    99513-7568

Memorandum To:  US District Court for the District of Alaska

From:  U.S. Marshals Service

Subject:  **A04-184CIV** Original Writ of Execution

Date:  January 28, 2008

**RECEIVED**
JAN 2 9 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

    The attached original writ is being returned to your office.  No further action will be take on this writ.  All process has been previously returned to the Clerk of Court.

Linda M. Cranmer
Civil Administrator/
Purchasing Agent

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of TRUSTEES OF ALASKA IRONWORKERS PENSION AND TRAINING PROGRAM TRUST FUNDS, THE NORTHWEST IRONWORKERS ANNUITY FUND AND HEALTH AND SECURITY TRUST, AND NATIONAL IRONWORKERS APPRENTICESHIP TRAINING TRUST FUNDS<br><br>Plaintiffs,<br><br>vs.<br><br>GBC, LLC d/b/a GROSE BROTHERS, CONTINENTAL CASUALTY COMPANY, NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, SEABOARD SURETY COMPANY, and ST. PAUL FIRE AND MARINE INSURANCE COMPANY BOND NOS. 929-215-346 AND 3583761,<br><br>Defendants. | Case No. 3:04-CV-184 (RRB)<br>**WRIT OF EXECUTION** |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On ___July 12, 2005___ a judgment was entered in the docket of the above-entitled court and action, in favor of

TRUSTEES OF ALASKA IRONWORKERS PENSION AND TRAINING PROGRAM TRUST FUNDS, THE NORTHWEST IRONWORKERS ANNUITY FUND AND HEALTH AND SECURITY TRUST, AND NATIONAL IRONWORKERS APPRENTICESHIP TRAINING TRUST FUNDS as Judgment Creditor and against GBC LLC, d/b/a GROSE BROTHERS, as Judgment Debtor.

$___5,589.31___ principal,

$___1,037.50___ attorney fees,

$_____ interest, and

$_____ costs, making a total amount of

$___6,626.81___ JUDGMENT AS ENTERED

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

$___332.34___ accrued interest, and

$_____ accrued costs, making a total of

$___6,959.15___ JUDGMENT AS ENTERED

Case No. 3:04-CV-184 (RRB)                                                                 Page 1

CREDIT must be given for payments and partial satisfactions in the
the amount of:

$_____ which is to be first credited against the
total accrued costs and accrued interest, with any excess credited
against the judgment as entered, leaving a net balance of

$____6,959.15_____ ACTUALLY DUE ON January 2, 2006, to the Ironworkers Trust Funds, the
date of the request for issuance of this writ, of which

$____6,959.15_____ is due on the judgment as entered,
and bears an interest rate at _10.5_% per annum in the amount of

$_____1.91_____ PER DAY, from the date of the request for issuance
of this writ, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA,
you are hereby commanded to levy upon and seize and take into
execution the personal property of the said debtor in your
district, sufficient, subject to execution, to satisfy said
judgment, interest and increased interests, costs and increased
costs, and make sale thereof according to law; and if sufficient
personal property cannot be found, then you are further commanded
to make the amount of said judgment, interest, and increased
costs out of his real property.
HEREIN FAIL NOT, and have you then and there this writ.

DATED January 12, 2006

IDA Romack
~~MICHAEL HALL, CLERK~~

[SEAL]

BY   **Redacted Signature**
Deputy Clerk